FREDDI-GAIL, INC., PLAINTIFF-RESPONDENT, v. ROYAL HOLDING CORP., DEFENDANT-PETITIONER.

See same case below: 45 *N. J. Super.* 471.

*Mr. E. Gustave Greenwald* for the petitioner.

*Mr. Samuel A. Gennet* for the respondent.

October 7, 1957. Denied.

IRMA H. CHRISTIANSEN, PLAINTIFF-RESPONDENT, v. CLARENCE L. CHRISTIANSEN, DEFENDANT-PETITIONER.

See same case below: 46 *N. J. Super.* 101.

*Mr. Benjamin M. Ratner* for the petitioner.

*Mr. Eugene J. Kirk* for the respondent.

October 7, 1957. Denied.